■ CHARLES DEPRESCO et al., Respondents, v EDWARD N. SLADE, Appellant.—Appeal by the defendant from an order of the Supreme Court, Kings County (Irving Aronin, J.), dated August 10, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Aronin in the Supreme Court. Rosenblatt, J. P., Lawrence, Pizzuto and Santucci, JJ., concur.